

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| ROSA SERRANO D/B/A THE LENS FACTORY, | § | No. 08-15-00044-CV |
| | § | Appeal from the |
| Appellant, | | |
| | § | County Court at Law No. 7 |
| v. | | |
| | § | of El Paso County, Texas |
| CITY BANK AND OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY, | § | (TC# 2015-DCV-1079) |
| | § | |
| Appellees. | | |
| | § | |

# **O R D E R**

Appellant filed an affidavit of indigence directly with the Court in the above-styled and numbered appeal, and Appellees responded by filing contests. The Court has determined that it is necessary to refer the contests on the affidavit of indigence to the trial court for the purpose of hearing evidence and granting relief. TEX.R.APP.P. 20.1(h)(4).

It is therefore ordered that the trial court conduct a hearing on Appellees' contests within ten days after the trial court receives this order as required by Rule 20.1(i)(2)(B), or within twenty days after the date of an order extending the time for a hearing as permitted by Rule 20.1(i)(3). At the hearing, the burden will be on Appellant to prove the allegations contained within the affidavit of indigence. *See* TEX.R.APP.P. 20.1(g)(1). In the event the trial court does not conduct the hearing and rule upon the contest by the deadlines specified by Rule 20.1, the

1

affidavit's allegations will be deemed true, and Appellant will be allowed to proceed on appeal without advance payment of costs. TEX.R.APP.P. 20.1(i)(4).

The trial judge shall forward its order on the contests to the District Clerk of El Paso County, Texas as soon as possible but no later than three days after the order is signed. The District Clerk shall prepare and forward a supplemental clerk's record containing the order on the contests to this Court as soon as possible but no later than five days after the trial court files the order. Further, the trial court's reporter shall prepare, certify, and file the record of the hearing on the contests with this Court as soon as possible but no later than five days after the hearing on the contests. In the event the trial court sustains the contests and Appellant appeals that decision, the deadline for filing the reporter's record as specified in Rule 20.1(j)(3) will be applicable. Further, Appellant must comply with the requirements of Rule 20.1(j) in order to challenge any adverse ruling.

The appellate deadlines in this appeal shall be suspended pending resolution of Appellees' contests to the affidavit of indigence. The Court will enter an order reestablishing the appellate deadlines after the indigence issue is resolved.

IT IS SO ORDERED this 17th day of May, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.
(Hughes, J., not participating)